# Complaint
## for non-prisoner files without Lawyer
## United States District Court
## Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 NOV 13 P 3:16

STEPHEN C. DRIES
CLERK

Troy-Robert: Lasecki

Plaintiff

**17-C-1583**

- V:

Green Bay, City of, A Municipal Corporation

Green Bay Municipal Court.

Green Bay, Housing Inspection Department.

James J. Schmitt

Chad Resar

Paul Burke.

Jerry Hanson.

Cheryl A. Renier-Wigg.

Wendy M. Townsend.

Brenda Seidl.

Kristen K. Johnson.

Jason Sladky.

Scott Nelson.

Paul D. Martell.

Stephanie Schmatzer. ——— Defendant(s) et.al.

A. Parties:

1. Plaintiff is a natural individual of Wisconsin and live at 233 Peterlynn Drive, Wrightstown, Wisconsin near [54180]

2. Defendants City of Green Bay, A municipal corporation and housing inspectors is a corporation in Wisconsin r at 100 N. Jefferson Street Room 200 Green Bay, Wisconsin 54301-5026

Complaint - 1.

3. Defendant, Scott Nelson, is a citizen of Wisconsin and Resides at: Unknown and Works at Brown County Wisconsin, Green Bay, City housing Inspections and Works for Housing Inspection Depatment 100 N. Jefferson Green Bay, Wisconsin 54301-5026

4. Defendant, Kristen K. Johnson, Assistant City Attorney State Bar No.: 1094293 who resides at: Unknown, and works for Green Bay Zoning and Inspection Department 100 N. Jefferson Street, Green Bay, Wisconsin 54301-5026

5. Brenda Seidl, is a citizen of Wisconsin and resides at: Unknown and works for Green Bay, Housing Inspection Dept. 100 N. Jefferson Street, Green Bay, WI 54301

6. Defendant, Paul D Martell, is a citizen of Wisconsin and resides at: Unknown and works for Green Bay, City Housing Inspection Dept. 100 N. Jefferson Street Green Bay, WI 54301

7. Defendant, Jason Sladky, is a citizen of Wisconsin and resides at: Unknown and works for Green Bay, City Housing Inspection Dept 100 N. Jefferson Street Green Bay, WI 54301

8. Defendant, Cheryl A. Renier-Wigg, is a citizen of Wisconsin and resides at: Unknown and works for Green Bay, City Housing Inspection Dept 100 N. Jefferson Street Green Bay, WI 54301

9. Defendant, Wendy M. Townsend, is a citizen of Wisconsin and resides at: Unknown and works for Green Bay, City Housing Inspection Dept. 100 N. Jefferson Street Green Bay, WI 54301

Complaint - 2

10. Defendant, Stephanie Schmatzer, is a citizen of Wisconsin and resides at: Unknown and works for Green Bay, City Housing Inspection Dept. 100 N. Jefferson Street Green Bay, WI 54301

11. Defendant, Jerry Hanson, is a citizen of Wisconsin and resides at: Unknown and works for Green Bay, Municipal Court 330 S. Jefferson Street Green Bay, WISCONSIN 54301

12. Defendant, Green Bay Municipal Court, A municipal Corporation in Wisconsin at 330 S. Jefferson Street Green Bay, Wisconsin 54301

Defendant

13. Green Bay, Housing Inspection Department, A municipal Corporation and housing inspectors is a corporation in Wisconsin at 100 N. Jefferson Street Room 200 Green Bay, Wisconsin 54301-5026

14. Defendant, Chad Resar, is a citizen of Wisconsin and resides at: Unknown and works for Brown County Circuit Court, 100 South Jefferson Street Green Bay, Wisconsin 54301

15. Defendant, Paul Burke, is a citizen of Wisconsin and resides at: Unknown and works for Brown County Circuit Court, 100 South Jefferson Street Green Bay, Wisconsin 54301

16. Defendant, James J. Schmitt, is a citizen of Wisconsin and resides at: Unknown and is Mayor and works for City of Green Bay, A municipal corporation, 100 South Jefferson Street Green Bay, Wisconsin 54301

Complaint - 3

B. **Statement of Claim.**

Your Honor, I will try and put the last 10 years, of my 22 years of owning real estate and renting out Real Property that have been under Eighth Amendment: excessive finings and trespassing upon private property, into this Complaint, as this is an emergency because every day it's costing me lots of money, that is unjust fully being taken from Affiant, and Affiant asks for Injunction, to stay any further damages due to unjust takings. Even though I + the Plaintiff, has generated millions of dollars in revenue for the city of Green Bay, WI., and put many people to work, so they can have a good living and to provide food on the table, plus, improving the areas where ever I buy and work on, again raising the value of those communities properties, which is a benefit to the City of Green Bay; but then why would anyone cut the throats of people like me, who invest in properties in Green Bay, to make it a better place to live, for many individuals who are getting a piece of the American Pie.

The city of green bay, inspections department claimed I was in violation of law, when they themselves are in violation of law and plaintiff ask/demands for record review.

I tried working with the city of Green Bay, inspection department, Scott Nelson, Brenda Siedl, Jason Sladky, Guy Zima, town/city councilmen, even Green Bay Mayor, James J. Schmitt and others who claimed they would allow me to have time to work on my numerous properties (40) and rental units (100's) I service and take care of.

*Complaint – 4*

Ever since I started investing in rental properties and Real Estate for a little more than 22 years now, and my businesses, went from 0, to a million dollar businesses, all of a sudden I, Troy-Robert: Lasecki, and family, have been, under massive attack by the city inspection departments continuous, non stop finings on my properties to which none of my properties are causing or posing a clear and present danger to anybody, but the city of Green Bay, inspections are all out to take my private property by, stealthy encroachments, by fraudulent Condemnation. Your Honor, please, note: that the Green Bay, city inspection department filed ordinances violations against this Plaintiff, condemning property not belonging to Plaintiff Troy Lasecki, causing thousands of dollars, of damages because Plaintiff had to file motions, petitions, into Brown County Circuit Court, to tell the court that I, Troy Robert Lasecki, do not own the property on 1361 Ninth Street, Green Bay, WISCONSIN.

I did mention to all Judges and D.A's, the housing inspectors that, where rights secured by the constitution are involved there can be no rule making or legislation that would abrogate them, and I even applied Sarbanes-Oxley Act to opted out.

I put, signs on all properties that I owned which caused mayhem and disorder only because I Troy, expressed under the First Amendment, and my God Given right to make a honest living, by providing living quarters for citizens needs, and helping other people.

*Complaint 5*

The reason I am requesting and demanding that this case Be Held Here in Milwaukee W.I. Because the City of Green Bay, is prejudice and discriminatory with the use of abusive discretion, against this Affiant's property, and fear properties owed by Plaintiff, that has been attacked by the Green Bay, housing inspection department.

Your Honor while a civil complaint may be supported by an affidavit submitted on "information and belief," if allegations in the affidavit are contested, the burden of proof still lies with the government. Contested facts are determined by juries in case at law, i.e., in the course of the common law, now seeing this is fact and not fictional, then how can the court interface with this Affiant, Troy-Robert: Lasecki, in the flesh and blood man, when all courts today, can only interface with another fiction? To which leads me Your Honor, to 42 U.S.C. Sub. Sec. 1981.

Equal rights under the (a) statements of equal rights -- All person; and any judge who enforces beyond these boundaries Jurisdiction, is nothing less than lawless violence; because Your Honor, of this District Court, I must explain that every judge we brought our valid claims to which have denied all of my defense paperwork, motions, writs, petitions, etc. I have recordings at the City of Green Bay's Inspection Department, that show a conspiracy to commit fraud, by Brenda Serdl, city inspector, Scott Nelson, city inspector, etc. While I the Plaintiff, Troy-Robert: Lasecki; and Ralph-George: Barke Dale Bennett, Guy Zima, eye-witnessed this fraud is listed as Exhibit [Audio Reading of housing inspections departments fraudulent claims an

*Complaint -6...*

perjured statements and testimony]

Your Honor, I started with nothing and I've worked very hard to make a good living for my family from building new, and renewing old homes, an businesses here in Wisconsin. And the City of Green Bay, inspection department has participated in converting Affiant, Troy-Robert: Lasecki's property rights into privileges in order for city inspection department, to exercise privilege agaist private property to commercial use in violation of federal law. (1) the city violated Lasecki's First, Fourth, Fifth, Sixth, Seventh, Eighth and Fourteenth Amendments rights; (2) the ordinances charged against Troy Robert Lasecki are constitutionally void for vagueness; and (3) the circuit court lacked jurisdiction over Mr. Lasecki's property. And there is no genuine dispute as to any material fact and the movent is entitled to judgement as a matter of law, because the criminal trespassing upon private property, by Defendant(s). And where factual disputes do exist, the non-movant's version of events should be accepted as true at this stage of all the proceedings. Failure to support any essential element of a claim renders all other facts immaterial.

Just the fact that the city of Green Bay, WI. Housing Inspections Department excessive fines, placed upon Affiants, properties, as here with over $43,000.00 dollars in fines, which I declined to pay till I get my day in court before a 12-man Jury to tell the truth about all the criminal trespassing upon Affiant's properties, in a constant attack upon all my properties, in one day alone there were 10 properties fined all for minor reasons, because, like I said, non of my properties pose any clear and present danger to any one. But what seems to be happening here is the City of Green Bay, is trying to make as much money as possible, as fast as they can in order to pay for all the millions of dollars the city

*Complaint - 7*

Green Bay has gotten into by Mayor, Jim Schmitt's taking payola, in a number of times, let alone the Old Port Plaza that's still causing serious money problems, then the Zippen Pippin Ride that cost over a million dollars, which will take over a hundred years to pay back by the costs of a ride on the Zippen Pippin; and the 50-million dollar sink-hole at the Hotel Northland and apartment buildings but, in this present case there is a gross unmistakable disproportionality between the deficiencies that the City, of Green Bay, identified and the City's fines, which are intended to destroy, Affiants rental properties, and take over all properties by condemnation or by just looking at all the fines in one day, where anyone with a brain can see on one could make repairs on those minor repairs on homes cited/selected by the City of Green Bay's Housing Inspections Department. The truth of the matter is I am always working on my properties all the time and when I get to those properties I will surely make repairs as I am doing right now, but because every time I file a complaint with the City of Green Bay and Brown County Circuit Court, it gets denied without explaining just why it is being denied, which is a violation of due process of the Law, by takings so I have no other alternative but to file a Title 42 U.S.C. § 1983, as well as other potential claims I have, such as fining Affiants because of mold, in a basement of a home I don't own, and fined Affiant as though I did, and fined Affiant anyway, at the cost of $7,500 dollars, and my business has suffered from excessive fines, to which is non less a takings, without just

_Complaint-8_

compensation; but of course the City of Green Bay, Housing Inspection Department, is above the law.

## C. Jurisdiction

I am suing for a violation of federal law under

$$28 \; U.S.C. \; \S 1331$$

## D. Relief Wanted

An injunction should be issued forthwith, by this District Court, in order to stop defendants fraudulent actions that are causing continuing damages to the Plaintiff.

## E. Jury by 12 members demanded

Yes, I want a jury to hear my case

I, declare under penalty of perjury that the foregoing is true and correct

Complaint signed this ~~twelfth~~ thirteenth day of November two thousand seventeen.


Respectfully Submitted by:

Troy-Robert: Lasecki.    11-13-17

920-713-0800  Plaintiff's Telephone Number

233 Peterlynn Drive

Wrightstown, Wisconsin near [54180]

Request/Demand this case be held here in Milwaukee, Wisconsin, to do so in the proper performance of Judicial Function, due to fear of imminent danger of
∠ LIFE !


Complaint — 9