UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TROY ROBERT LASECKI,

    Plaintiff,

v.        Case No. 17-C-1583

CITY OF GREEN BAY, *et al.*,

    Defendants.

## ORDER

Plaintiff Troy Robert Lasecki filed this action under 42 U.S.C. § 1983 seeking injunctive relief against several individuals and entities associated with Brown County and the City of Green Bay. On February 15, 2018, the court granted a motion to dismiss the amended complaint by Defendants Paul Burke and Chad Resar. ECF No. 13 at 7. The court also dismissed sua sponte the remainder of the complaint for lack of jurisdiction and failure to state a claim, directed the clerk to enter judgment against Lasecki, and informed him of his right to file a notice of appeal within thirty days. *Id.* Lasecki has now filed a Second Amended Complaint. ECF No. 15. Because judgment has already been entered against Lasecki in this action, however, his second amended complaint is not properly before the court. If Lasecki wishes to have his second amended complaint considered by the court, he must either file a new action or file a motion to reopen this action. *See* Fed. R. Civ. P. 60 (enumerating bases on which a court may relieve a party from a final judgment or order).

**SO ORDERED** this 9th day of March, 2018.

                      s/ William C. Griesbach
                      William C. Griesbach, Chief Judge
                      United States District Court