# In the united States Federal District Court in the Eastern District of Wisconsin

## Case No.#2017-cv-1583

**Mini Memorandum of Law,** due to the time restraints put on this self-defending flesh and blood man, individual, without attorney, thank God.

MAR 1 2 2018

## MINI MEMORANDUM OF LAW

Notice of Deceptive Trade Practices Brings Bringing "Fraud on the Court"

Point 023 A. Affiant has no record or evidence that when a conviction is obtained any prosecutor or judge, by willfully and knowingly withholding information contained in government files, well established principles of law and judicial policy are **not** violated. See Code of Professional Responsibility Policy #DR7-102. A 4 and *U S v. Valentine* 820 F2d, 565 [Second Circuit 1987] criminal law note # 1171(i) stating: "Criminal conviction must be reversed for prosecutorial misconduct, where prosecutor's tactics have caused substantial prejudice to defendant and served to deprive him of a fair trial.

Standing consists of two absolutely essential elements: 1) violation of a legal right, and 2) personal injury. Neither one without the other is sufficient, both are required. And this burden of damages and injury has been established by Plaintiff, Troy-Robert: Lasecki. See, Plaintiff's Motion to Dismiss Defendant(s) Motion to Dismiss Motion to Dismiss. One of 9 pages. Exhibit [XXX] Exhibit [Fraud on the Court], Exhibit [Attorney Fraud],

Point 023 B. Affiant has no record or evidence Affiant is educated, knowledgeable, or crafty in the "crafts" of **"Worrd-Smithing" or "Spin-Doctoring"** utilized in improper procedures of Administrative or Judicial Remedy's. *GEDEON v. WINRIGHT*, 327 U.S. 335, "A state cannot, by invoking the power to regulate the professional conduct of an attorney, infringe in any way on the right of individuals and the public to be fairly represented in lawsuits authorized by Congress to effectuate a basic public interest, laymen cannot be expected to know how to protect their rights when dealing with practiced and careful adversaries."

Point 023 C. Affiant has no record or evidence that any retaliation from a public official is not in violation of Section 1983 *Duran v. City of Douglas*, 904 F.2d 1272, 1378 (9th Cir. 1990) "the First Amendment right to criticize public officials is well-established and supported by ample case law. Furthermore, it is well-established that a public officials retaliation against an individual exercising his or her First Amendment rights is a violation of § 1983."

A judge is an officer of the court as well as are all attorneys. A state judge is a state judicial officer, paid by the State to act impartially and lawfully. A federal judge is a federal judicial officer, paid by the federal government to

act impartially and lawfully. State and federal attorneys fall into the same general category and must meet the same requirements. A judge is not the court. *People v. Zajic, 88 Ill.App.* 3d 477, 410 NE2d 626 (1080).

As the Court knows, damages must be proven by evidence entered on the record. Proof of, or assessment, of damages upon petition claiming damages, it is error to pronounce judgment without hearing proof or assessing damages. Atchison, T.&SF.Ry. Co. v. lambert, 31 Okla. 300, 121 P. 654, Ann. Cas. 1913E, 329 (1912): *City of Guthrie v. T.W. Harvey Lumber Co.* 5 Okla. 774, 50 P. 84 (1897).

**This pertains to the damages caused by the city of Green Bay's Wisconsin's, Housing Inspections department's individual inspectors** involved who committed criminal trespassing upon Affiants private properties. And the only individual injured is Affiant, Troy-Robert: Lasecki, and his property. And how can a pro se plaintiff, failure to answer a corporate operational procedures as Rule 21., which is only known to attorneys' and judges, but either two elements? If an indictment is issued, will it have the allegations against me on it that shows that Affiant's claims of Housing Inspectors criminal trespassing upon Affiant's private properties have not been trespassed upon? That's a fatal mistake concerning validity. And any allegations must be based upon facts brought forward by testimony of witnesses with **personal knowledge [Rule 602, Federal Rules of Evidence]**.

Point 018(a). affiant has no record or evidence that Libellee(s) has/have any"standing" in law to bring charges, or otherwise, to cause any investigation, harassment, meddling, nuisance action, trespassing, lying under Oath, false testifying etc... or any other device against Affiant. Admit-Defendant(s) admit to the "causal damages", even so this lame claim of casual damages, still must have a trial to determine the extent of the damages that have already been proven on the record to exists, so it is therefore, it is error to pronounce judgment without hearing a proof or assessing damages. *Atchison, T. & S.F. Ry. Co. v. Lambert, 31 Okla.* 300, 121 P. 654, Ann. Cas. 1913E, 329 (1912); *City of Guthrie v. T. W. Harvey Lumber Co.*, 5 Okla. 774, 50 P. 84 (1897).

"When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation"—U.S. v. Burr, 309 U.S. 242 see: 22 U.S.C.A. 286e, *Bank of U.S. v. Planters Bank of Georgia,* 6L, Ed. (9 Wheat) 224; 22 USCA 286 et seq., C.R.S. 11-60-103 Note: **Under the Clearfield Doctrine, the courts are no longer government entities in that they are demanding private monies and must have a contract with you to compel performance.. They are no more special as a normal business than your local Jack In The Box.**

The Supreme Court ruled that municipalities cannot exert any acts of ownership and control over property that is not **OWNED** by them, see *Palazzolo v. Rhode Island*, 533 US 606, 150 L. Ed. 2d 592, 121 S. Ct. –(2001) (no expiration date on the takings clause for city's illegal enforcement of its codes on the man's private property and restricting the mans' business) affirming both Lucas v. South Carolina Costal council, 505 US 1003, 120 L. Ed. 2d

798 (1992) (butterfly activists and code – enforcement cannot restrict development of the man's private swampland unless they lawfully acquire the land FIRST, surveying with binoculars constitutes a "takings"), and *Monterey v. Del Monte Dunes*, 526 US 687 (1999), 143 L. Ed. 2d 882, 119 S. Ct. –(1998).

So it therefore, that I the Affiant, Troy-Robert: Lasecki, sui juris, has found that our government promises freedom, while they themselves are slaves..."2n Peter 2: 19 (NKJ). Proof #9: The Acts" of Congress cannot be copyrighted, and the "Acts" of the Courts cannot be copyrighted, yet all legal citations refer to copyrighted law books. I understand some what about this 21-Day answering Rule, applies to and why; **if you make in court, just once, of referring to one of their copyrighted law book then you just granted "in rem" jurisdiction.** Proof #10. The "Summary Judgment" rule enforces the pagan maxim that "he who refuses to fight must lose." Now it I got this straight, Your Honorable Chief Judge, Mr. Griesbach Sir, so seeing I did not make a response to the Amended Complaint, 21-day rule, ... so if I don't' respond to the specifics of the accusation, then you are automatically guilty, or in default. And because of this automatic guilty/default : I am now forced against this Affiant, Troy-Robert: Lasecki, will to fight against my neighbor or lose whatever they want to take. I the Appellant/Plaintiff, have been put in a dueling field and forced to fight. This is a form (*forum*) of entertainment for your Roman occupation forces. As this is to me the Affiant, your Honor, I'm referring to Matt 27:14, Mark 153-5). This is referred to be Christians as the good confession, I the Affiant, Troy-Robert: Lasecki, have told the whole truth and nothing but the truth, so help me God, and the proof is and has been proven just by the Defendant(s) attorney's confession/admittance to causing damages. And a sovereign Citizen who does not recognize the corporate setting of their waiver to "inferior court' presumptive procedure may void their signature at personam subjugation to agency 'ab initio," due to fraud, duress and unconscionability. The Sovereign Citizen may force the court to <u>order a "clean bill."</u>

Point of FACT: "With regards particularly, the united States Constitution, it is elementary where a right secured and protected by that document, cannot be overthrown, or impaired by any state police authority." see, Shuttlesworth v. Birmingham 394 U.S. 147.

"Where rights secured by the Constitution are involved, there can be no rule making or legislation that would abrogate them." It also states I have the Right to remain silent... See, Miranda v. Arizona 384 U.S. 436, 491 (1966).

An as a matter of Fact, the Supreme Court Ruled: "Neither the legislature, executive or the judicial officer, can war against the Constitution, without violating their Oath of Affirmation to support it." Cooper v. Aaron 458 U.S. 1 (1958)...

Your Honorable Chief Judge, Mr. Greisbeach, where did this Court get its information to make any kind of decision or orders, when the only possible information that could have reached this US District Court, is by statements of

counsel, documentations, motions, arguments and papers and other things are not "FACTS BEFORE THE COURT"; But, under not possible view, however, of the findings we are considering can they be held to constitute a compliance with the statue, since they merely embody conflicting *statements* of *counsel* concerning the facts as they suppose them to be and their appreciation of the law which they deem applicable, there being, therefore, no attempt whatever to state the ultimate facts by a consideration of which we would be able to conclude whether or not the judgment was warranted." Gonzales v. Buist. (04/01/12) 224 U.S. 126, 56 L. Ed. 693, 32 S. Ct. 463. "Manifestly, [such statements] cannot be properly considered by us in the disposition of [a] case." United States v. Lovasco (06/09/77) 431 U.S. 783, 97 S. Ct. 20144, 52 L. Ed. 2d 752.

"Statements of counsel in brief or I argument are not sufficient for motion to dismiss or for summary judgment," Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

Authorized Signature by: *[signature]*
Troy-Robert: Lasecki, sui juris non assumpist.
233 Peterlynn Drive
Wrightstown, Wisconsin near [54180]

Witnessed by: *[signature]*

3-9-2018

## AFFIDAVIT OF MAILING to the following:

CRIVELLOW CARLSON SC.                    Certified Mail No: 7015 1730 0001 4276 2196
710 N. Plankinton Avenue suite 500
Milwaukee, Wisconsin 53203

Original 2nd Amended Complaint sent certified mail No.# to:    Certified Mail No. 7015 1730 0002 1821 6989
District Court of the United States District Court
For the Eastern District of Wisconsin.
128 N. Jefferson Street
Green Bay, Wisconsin 54301

Copy to:
Troy-Robert: Lasecki,
233 Peterlynn Drive
Wirghtstown, Wisconsin near [54180]

Note this is Affiants, attempt to stop a criminal act of trespassing and theft, and any information obtained will be used for that purpose.